**W. ADAM DUERK**
**Assistant U.S. Attorney**
**ERIC E. NELSON**
**Special Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2nd Floor**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: adam.duerk@usdoj.gov**
**Email: nelson.eric@epa.gov**

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. WOODY'S TRUCKING, LLC, and DONALD E. WOOD, JR., Defendants. | CR 17-138-BLG-SPW  NOTICE OF TRIAL DAYS |
|---|---|

Pursuant to the scheduling order dated December 7, 2017, the United States files this notice advising the Court and counsel that the Government anticipates the

trial scheduled to start on February 5, 2018, will take approximately five days to complete.

Respectfully submitted this 11th day of December, 2017.

KURT G. ALME
United States Attorney

*/s/ W. Adam Duerk*
Assistant U.S. Attorney
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017, a copy of the foregoing document was served on the following persons by the following means:

```
(1-2)   CM/ECF
( )     Hand Delivery
( )     U.S. Mail
( )     Overnight Delivery Service
( )     Fax
( )     E-Mail
```

1. Catherine A. Laughner, Attorney for defendants
2. Carlo J. Canty, Attorney for defendants
3. M. Christy S. McCann, Attorney for defendants


　　　　　　　　　　　　　　　　　　　　/s/ W. Adam Duerk
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff