IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
DEC 13 2017
Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WOODY'S TRUCKING, LLC, and
DONALD E. WOOD, JR.,

Defendants.

CR 17-138-BLG-SPW

ORDER

Upon the Defendants' Request for a Conference (Doc. 19),

IT IS HEREBY ORDERED that Defendants' Request is **DENIED** with leave to refile giving the Court a reason for the conference call.

The Clerk is directed to notify counsel of the making of this Order.

DATED this 13th day of December, 2017.

SUSAN P. WATTERS
United States District Judge

1