IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JAN 1 9 2018
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-138-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WOODY'S TRUCKING, LLC, and DONALD E. WOOD, JR., | |
| Defendants. | |

Before the Court is a motion to allow an expert witness to be present in the courtroom filed by Defendants Woody's Trucking and Donald E. Wood, Jr. (Doc. 47). The government does not oppose the motion. (Doc. 57). Accordingly, for good cause shown, the Defendants' motion is granted.

DATED this 19th day of January, 2018.

SUSAN P. WATTERS
United States District Judge

1