

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-138-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| WOODY'S TRUCKING, LLC, and DONALD E. WOOD, JR., | |
| Defendants. | |

Defendants Woody's Trucking, LLC, and Donald E. Wood, Jr., moved the Court for an order compelling the disclosure of Kelly Steen's presentence report. (Doc. 103). The Court reserved ruling on the motion until the government produced Steen's presentence report for in camera review. (Doc. 116 at 7). The Court has conducted its in camera review of Steen's presentence report and concluded it does not contain information required to be disclosed under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972). Accordingly, Steen's presentence report will not be disclosed to the Defendants. The motion to compel production (Doc. 103) is denied.

DATED this 4th day of May, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge