Catherine A. Laughner
Carlo J. Canty
M. Christy S. McCann
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
801 W. Main, Suite 2A
Bozeman, MT 59715
Telephone: (406) 443-6820
Facsimile: (406) 587-0165
Email: cathyl@bkbh.com
       carlo@bkbh.com
       christy@bkbh.com

Attorneys for Woody's Trucking, LLC and
Donald E. Wood, Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>WOODY'S TRUCKING, LLC, and DONALD E. WOOD, JR.,<br><br>   Defendants. | Case No. CR 17-138-BLG-SPW<br><br>**DEFENDANTS' MOTION TO REQUIRE THE PROSECUTION TO PRODUCE THE MARK HURST IMMUNITY AGREEMENT** |

Defendants Woody's Trucking, LLC and Donald E. Wood Jr., through counsel, respectfully submit this Motion to Require the Prosecution to Produce the Mark Hurst immunity agreement. Pursuant to L.R. 7.1(c)(1), L.R. CR 47.2, and paragraph 4 of the January 23, 2018 Order, Defendants contacted counsel for the

government who objects to Defendants' motion.  Defendants respectfully request their Motion be granted. A brief in support is filed with this motion.

DATED this 11th day of May, 2018.

      BROWNING, KALECZYC, BERRY & HOVEN, P.C.


      By */s/ Catherine A. Laughner*
       Catherine A. Laughner

      Attorneys for Woody's Trucking, LLC and
      Donald E. Wood, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of May, 2018, a true copy of the foregoing was served:

Via ECF to the following parties:

W. Adam Duerk
Assistant U.S. Attorney
Eric E. Nelson
Special Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802


      /s/ Catherine A. Laughner
BROWNING, KALECZYC, BERRY & HOVEN, P.C.

1942817/4747.001