IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-138-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| WOODY'S TRUCKING, LLC, and DONALD E. WOOD, JR., | |
| Defendants. | |

Before the Court is the Defendants' motion for production of an immunity agreement between the government and one of its witnesses. (Doc. 143). Pursuant to *Giglio v. United States*, 405 U.S. 150, 766 (1972) and L.R. CR 16.1(b)(3), the government is ordered to immediately produce the immunity agreement and any other material covered by *Giglio* and L.R. CR 16.1 that is related to this case.

DATED this 11th day of May, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1