
*FILED MAY 14 2018 Clerk, U.S. District Court District Of Montana Billings*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-17-138-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| WOODY'S TRUCKING, LLC, DONALD E. WOOD, JR. | |
| Defendants. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 14th day of May, 2018.

*/s/ Susan P. Watters*
Honorable Susan P. Watters
United States District Judge