
FILED
MAY 14 2018
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IN RE: CR-17-138-BLG-SPW<br>ELECTRONIC DEVICE | ORDER |

IT IS HEREBY ORDERED that witness Josh Garrison is permitted to bring electronic devices, including a cellular telephone, in the James F. Battin Federal Courthouse.

DATED this 14th of May, 2018.

SUSAN P. WATTERS
United States District Judge