

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-138-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| WOODY'S TRUCKING, LLC, and DONALD E. WOOD, JR., | |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture. Defendants Woody's Trucking, LLC and Donald E. Wood, Jr. appeared before the Court on May 22, 2018, and were found guilty as to Counts 3-5 of the Indictment. Defendants also stipulated to the forfeiture allegation in open Court. Defendants' Forfeiture Stipulation provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and to 28 U.S.C. § 2461(c).

1

IT IS ORDERED:

THAT Defendants' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C) and to 28 U.S.C. § 2461(c):

$644,689.70 U.S. Currency;

THAT the United States Marshals Service and/or the Department of Transportation, and/or the Environmental Protection Agency are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 981(a)(1)(C) and to 28 U.S.C. § 2461(c) and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 13th day of July, 2018.

SUSAN P. WATTERS
United States District Court Judge