

FILED

OCT 3 0 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WOODY'S TRUCKING, LLC, and DONALD E. WOOD, JR.,<br><br>Defendants. | Case No. CR-17-138-BLG-SPW<br><br>**ORDER APPROVING DISTRIBUTIONS OF REMAINING PROCEEDS FROM ASSET SALE** |

WOODY'S TRUCKING, LLC and DONALD E. WOOD, JR. ("Defendants") have moved the Court to issue an Order approving a proposed sale of certain of Defendants' assets and a proposed distribution of the proceeds of the sale (Doc. 213). The Government does not object to this motion.

After review and consideration of the Defendants' pleadings, the Defendants' motion is GRANTED to the extent provided in this Order.

The Court specifically approves the distribution and application of the proceeds from the asset sale described and approved in that separate Order Approving Asset Sale and Distributions To Pay Bank Debt and Closing Costs in the above-entitled cause (the "Order Approving Sale") remaining after distributions to pay the Bank of Baker and the closing fees and costs as described

.

and approved in the Order Approving Sale in the following manner and in the following order of priority to the extent thereof:

a. $100,000.00 to be placed into Escrow to partially satisfy any financial obligations imposed at sentencing in this matter;

b. $53,833.00 to be placed into the Woody's Trucking, LLC operating account to allow their current trucks to keep running;

c. $9,300.00 to pay down their home loan [Note # 6008855] with an eye towards a future refinance for a lower monthly payment;

d. $10,000.00 to pay down a loan on the Woody's Trucking, LLC's Shop, with an eye towards a future refinance for a lower monthly payment;

e. $40,000.00 for ongoing legal fees to four different law firms;

f. $16,867.00 to pay on personal credit cards;

g. $15,000 to the Baker Group to pay their portion of a subdivision engineering bill.

DATED this 30th day of October, 2018.

SUSAN P. WATTERS
U.S. District Court Judge