

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
NOV 27 2018
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-138-BLG-SPW |
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| WOODY'S TRUCKING, LLC, and DONALD E. WOOD, JR., | |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. 231). Defendants Woody's Trucking, LLC and Donald E. Wood, Jr. appeared before the Court on May 22, 2018, and were found guilty as to Counts 3-5 of the Indictment. Defendants also stipulated to the forfeiture allegation in open Court. Defendants' Forfeiture Stipulation provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and to 28 U.S.C. § 2461(c). A preliminary order of forfeiture was previously entered by this Court.

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

IT IS ORDERED:

THAT Defendants' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C) and to 28 U.S.C. § 2461(c): $644,689.70 U.S. Currency, specifically the following specific amounts for each specific defendant:

- For Defendant Donald E. Wood, Jr. - $322,344.85
- For Defendant Woody's Trucking, LLC - $322,344.85

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made part of the sentence, having been entered orally during the sentencing hearing on November 9, 2018.

///

///

///

///

///

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $322,344.85 for each defendant to satisfy the specific money judgments in whole or in part.

DATED this 27th day of November, 2018.

SUSAN P. WATTERS
United States District Court Judge