FILED

JAN 17 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. WOODY'S TRUCKING, LLC, and DONALD E. WOOD, JR., Defendants. | Case No. CR 17-138-BLG-SPW<br><br>**ORDER** |
|---|---|

Before the Court is Defendant Woody's Trucking, LLC, and Donald E. Wood, Jr.'s motion for an order requiring the United States Attorney's office to investigate whether its case file contains any undisclosed *Brady* or *Giglio* material. The Defendants requested the government file a report with the Court when the investigation was complete. In response, the government asked for an extension of time to conduct a review of its file. The Court granted the government's request. The government has now filed a report stating it has completed its investigation, it discovered documents that had not been turned over, the documents are not *Brady* or *Giglio* material, but it has nonetheless turned them over to the defense. The Defendants' motion (Doc. 229) is denied as moot, because the government has done what the motion requested without an order from the Court.

DATED this 17th day of January, 2019.

_____
SUSAN P. WATTERS
United States District Judge